George B. Cohen and Helen Irene Cohen, Copartners, Doing Business As George and Helen Cohen, Appellants, v. LeRoy Krumwiede, Appellee.

Gen. No. 47,839. 

First District, Third Division.

April 14, 1960.

George B. Cohen and Helen Irene Cohen, for appellants; Jacobson and Bluthardt (Edward E. Bluthardt, of counsel) for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.